**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DEKANDA T. FOWLER WORTHY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:11-CV-123 (MTT)** |
| | ) | |
| **BRIAN OWENS,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Charles H. Weigle's Recommendation to Deny the Petitioner's Habeas Corpus Petition. (Doc. 13). The Magistrate Judge recommends denying the petition because the Petitioner's claims are either procedurally defaulted or fail to state a claim. Further, because the Petitioner has not made a substantial showing of the denial of a constitutional right, the Magistrate Judge recommends denying a certificate of appealability. The Petitioner did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Petition for Writ of Habeas Corpus is **DENIED**. Any application for a certificate of appealability also is **DENIED**.

**SO ORDERED**, this the 27th day of July, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT